1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HSBC BANK, USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset Backed Pass Through Certificates Series 2007-PA2,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TERESA TRAN,<br><br>　　　　　　　Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.: C 10-3069 PVT<br><br>**ORDER EXTENDING SCHEDULE FOR MOTION TO REMAND; AND EXTENDING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

　　　　On July 21, 2010, Plaintiff filed a Motion to Remand. Pursuant to Civil Local Rule 73-1(a)(2),[1] no later than five court days after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[2] No party has yet done so. Therefore, based on the file herein,

　　　　IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Remand is

---

[1]　A copy of the court's Civil Local Rules are available from the clerk of the court, or from the "Rules" section of the court's website (www.cand.uscourts.gov).

[2]　Magistrate Judges have authority to hear dispositive motions only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

1  CONTINUED to September 21, 2010, at 10:00 a.m. in Courtroom 5 of this court.

2  IT IS FURTHER ORDERED that the deadline for the parties to file either a "Consent to
3  Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United
4  States Magistrate Judge and Request for Reassignment," is extended to September 7, 2010.  Both
5  forms are available from the clerk of the court, or from the "Forms" section of the court's website
6  (www.cand.uscourts.gov).

7  IT IS FURTHER ORDERED that the deadline for Plaintiff to file a written opposition to the
8  motion to remand her complaint is extended to September 7, 2010.[3]  Plaintiff can find information
9  about responding to a motion in the court's Handbook for Litigants Without a Lawyer, which is
10 available from the clerk of the court, or by clicking on the "Pro Se Handbook" link in the list on the
11 right-hand side of the court's website.

12 IT IS FURTHER ORDERED that Plaintiff may file reply papers no later than September 14,
13 2010.

14 Dated: *8/26/10*

15 _____
   PATRICIA V. TRUMBULL
16 United States Magistrate Judge

---

[3]  Plaintiff has not yet filed any written opposition to the motion. *See* CIV.L.R. 7-3(a) ("Any opposition to a motion must be served and filed not less than 21 days before the hearing date."). Because Plaintiff is *pro se*, the court finds it appropriate to extend the deadline for filing the opposition. *See, Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986) (Under Ninth Circuit case law, *pro se* litigants are treated with "great leniency" when evaluating compliance with "the technical rules of civil procedure").

| | |
|---|---|
| 1 | |
| 2 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.*** |
| 3 | |
| 4 | <u>copies mailed on</u>   *8/26/10*        <u>to:</u> |
| 5 | Teresa Tran |
|   | 669 Platte River Court |
| 6 | San Jose, CA 95111 |
| 7 | |
| 8 |                        <u>*/s/ Donna Kirchner*             *for*</u><br>ELIZABETH GARCIA<br>Courtroom Deputy |