UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HSBC BANK, USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset Backed Pass Through Certificates Series 2007-PA2,<br><br>    Plaintiff,<br><br>    v.<br><br>TERESA TRAN,<br><br>    Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.: C 10-3069 PVT<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On July 21, 2010, Plaintiff filed a Motion to Remand. On August 26, 2010, this court issued an order setting a deadline of September 7, 2010, for the parties to each file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."[1] Plaintiff failed to file either a consent or a declination. Therefore, because not all parties have consented to Magistrate Judge jurisdiction,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge.

Dated: *9/15/10*

                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge

---

[1] Magistrate Judges have authority to hear dispositive motions only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

| | |
|---|---|
| 1 | |
| 2 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.*** |
| 3 | |
| 4 | <u>copies mailed on</u>      *9/15/10*      to: |
| 5 | Teresa Tran<br>669 Platte River Court<br>San Jose, CA 95111 |
| 6 | |
| 7 | <u>  /s/   Donna Kirchner         </u><br>DONNA KIRCHNER |
| 8 | Judicial Law Clerk |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |